**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 21 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EUGENE J. KERNAN,<br><br>          Petitioner-Appellant,<br><br>     v.<br><br>COMMISSIONER OF INTERNAL<br>REVENUE,<br><br>          Respondent-Appellee. | No. 15-70574<br><br>Tax Ct. No.  19672-11<br><br>MEMORANDUM* |

Appeal from a Decision of the
United States Tax Court

Submitted November 16, 2016**

Before:     LEAVY, BERZON, and MURGUIA, Circuit Judges.

Eugene J. Kernan appeals pro se from the Tax Court's decision, following a

bench trial, confirming the Commissioner's determination of deficiencies and

additions for tax years 2001 through 2006.  We have jurisdiction pursuant to 26

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Thus, Kernan's requests for oral argument, set forth in his opening and reply briefs, are denied.

U.S.C. § 7482(a).  We review de novo the Tax Court's legal conclusions and for clear error its factual findings.  *Johanson v. Comm'r*, 541 F.3d 973, 976 (9th Cir. 2008).  We affirm.

The Tax Court properly sustained the Commissioner's determination of deficiencies and additions to Kernan's taxes for tax years 2001 through 2006.  *See* 26 U.S.C. §§ 1, 6012, 6651(a), 6654.

The Tax Court did not abuse its discretion by striking Kernan's briefs because they exceeded the length limitations imposed by the court.  *See Alexander Shokai, Inc. v. Comm'r*, 34 F.3d 1480, 1485 (9th Cir. 1994) (setting forth standard of review).

**AFFIRMED.**